UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KIMBERLY L.,

        Plaintiff,

    -v-                    1:22-CV-1198

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF KENNETH HILLER, PLLC<br>Attorneys for Plaintiff<br>6000 North Bailey Avenue, Suite 1A<br>Amherst, NY 14226 | JUSTIN M. GOLDSTEIN, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Attorneys for Defendant<br>6401 Security Boulevard<br>Baltimore, MD 21235 | GEOFFREY M. PETERS, ESQ.<br>Special Ass't U.S. Attorney |

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On November 14, 2022, plaintiff Kimberly L.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under the Social Security Act (the "Act").  Dkt. No. 1.  Plaintiff also sought leave to proceed *in forma pauperis* ("IFP Application").  Dkt. No. 3.

Thereafter, U.S. Magistrate Judge Daniel J. Stewart granted plaintiff's IFP Application, Dkt. No. 7, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 8, and then both parties briefed the matter in accordance with General Order 18, which provides that an appeal taken from the Commissioner's denial of benefits is treated as if the parties have filed cross-motions for a judgment on the pleadings, Dkt. Nos. 13, 14, 15.

On November 30, 2023, Judge Stewart advised by Report & Recommendation ("R&R") that the Commissioner's motion be granted, that plaintiff's motion be denied, that the Commissioner's decision be affirmed, and that plaintiff's complaint be dismissed.  Dkt. No. 16.  Plaintiff has not filed objections, and the time in which to do so has expired.  *See id.*  Thus,

---

[1] In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's Committee on Court Administration and Case Management and adopted as local practice in this District, only the first name and last initial of plaintiff will be mentioned in this opinion.

upon review for clear error, the R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's motion is DENIED;

3. The Commissioner's motion is GRANTED;

4. The Commissioner's decision is AFFIRMED; and

5. Plaintiff's complaint is DISMISSED.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated:  December 20, 2023
        Utica, New York.

David N. Hurd
U.S. District Judge